1  NA'IL BENJAMIN, ESQ., (SBN 240354)
   BENJAMIN LAW GROUP, P.C,
2  101 California Street, Suite 2710
   San Francisco, California 94111
3  Telephone: (415) 633.8833
   Facsimile:  (415) 349.3334
4  nbenjamin@benjaminlawgroup.com

5  Attorney for Plaintiffs
   JONA TRBOVICH, SHONDA SANTOS
6   and SEAN ALLEN

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11
   SEAN ALLEN, an individual; JONA            ) CASE NO.: 5:14-cv-03829-BLF
12 TRBOVICH, an individual; and SHANDA        )
   SANTOS, an individual,                     ) Assigned to Hon. Beth Labson Freeman
13                                             ) [Related Case: 5:14-cv-03830-BLF]
                   Plaintiffs,                )
14                                             )
          v.                                   ) STIPULATION TO CONTINUE THE CASE
15                                             ) MANAGEMENT CONFERENCE TO
   COUNTY OF SANTA CLARA, a public entity, ) FEBRUARY 19, 2015
16 and DOES 1 - 100, inclusive                 )
                                              ) Complaint Filed: August 25, 2014
17                 Defendant.                 ) **Trial Date:  None**
                                              )
18

19

20

21

22

23

24

25

26

27

28

                                   1
CASE NO. 14-CV-03829  STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

Pursuant to Local Rules 7-11 and 7-12, the Parties jointly request a court order continuing the currently scheduled Case Management Conference from January 22, 2015, to February 19, 2015.

The Parties have previously extended the time for Defendants to answer Plaintiffs' complaints. *Id.* This approach will allow the Parties to attend the Case Management Conference without Plaintiff's counsel violating a court order, and to further meet and confer in preparation for filing a Joint Case Management Statement and discussing an appropriate discovery schedule in advance of the Conference.

Respectfully submitted,

Dated: January 9, 2015

/s/ Na'il Benjamin
Na'il Benjamin
Attorneys for Plaintiff

Respectfully submitted,

Dated: January 9, 2015

GREGORY J. CHARLES
OFFICE OF THE COUNTY COUNSEL

/s/ Gregory J. Charles

GREGORY J. CHARLES
County Counsel

## ~~PROPOSED~~ ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED THAT:

The currently scheduled Case Management Conference is continued from January 22, 2015, to February 19, 2015.

Dated: 1/12/2015

*Beth Labson Freeman*
**Judge Beth Labson Freeman**
U.S. DISTRICT COURT JUDGE