IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN ALLEN, et al.<br><br>Plaintiffs<br><br>v.<br><br>COUNTY OF SANTA CLARA, et al.<br><br>Defendants | Case No. 14-CV-03829 BLF<br><br>**REQUEST AND ORDER FOR EXEMPTION FROM PACER FEES** |

    The Court has appointed the Honorable James Larson (Ret.) as Special Master in the above-referenced case. Judge Larson is requesting a PACER fee waiver, which the undersigned construes as a motion for exemption from the PACER fee. The standards established by the Judicial Conference for granting such an exemption are to avoid unreasonable burdens and to promote public access to such information. Both standards must be met in order for the court to grant an exemption from the PACER fee.

    It would be unreasonable to burden Judge Larson with payment of this fee while he is working under appointment by and on behalf of the Court. Because he is performing a public function as a Special Master in this case, public access to information will be promoted if he has free access to the entire docket in this case. Thus, the Court finds that both standards have been met in this instance and grants exemption from PACER user fees. The exemption shall remain

**REQUEST AND ORDER FOR EXEMPTION FROM PACER FEES**

in place as long as Judge Larson remains appointed as Special Master in the above-referenced case.

Dated: May 17, 2016

_/s/ James Larson_
Hon. James Larson (Ret.)
Special Master

IT IS SO ORDERED,

_/s/ Beth Labson Freeman_
Hon. Beth Labson Freeman
United States District Court Judge