UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

SEAN ALLEN, et al.,

    Plaintiffs,

v.

COUNTY OF SANTA CLARA, et al.,

    Defendants.

Case No.  14-cv-03829-BLF

**ORDER DIRECTING PARTIES TO SUBMIT A PLAN FOR MEDIATION**

The parties to this consolidated action are HEREBY ORDERED to (1) meet and confer regarding the practicalities of mediating this action given the incarceration of named plaintiff Shonda Santos; and (2) submit a proposed plan for mediation to the Court on or before May 31, 2016.  If the parties cannot agree on a plan, they may put forward competing proposed plans.  However, each party must explain the logistics of its plan and demonstrate that the plan is feasible.

**IT IS SO ORDERED.**

Dated:  May 19, 2016

_____
BETH LABSON FREEMAN
United States District Judge