ORRY P. KORB, County Counsel (S.B. #114399)
KARL A. SANDOVAL, Lead Deputy County Counsel (S.B. #170190)
GREGORY J. CHARLES, Deputy County Counsel (S.B. #208583)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San Jose, California  95110-1770
Telephone: (408) 299-5900
Facsimile:  (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA, DOUGLAS
ULRICH and LAURIE SMITH

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Jose)

| | |
|---|---|
| SEAN ALLEN, an individual: SHONDA SANTOS, an individual; and JONA TRBOVICH, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SANTA CLARA, a public entity; DOUGLAS ULRICH in his individual and official capacities; LAURIE SMITH in her individual and official capacities; and DOES 1-100, inclusive,<br><br>Defendants. | No.     14-CV-03829 BLF<br><br>**ADMINISTRATIVE MOTION FOR ENTRY OF CASE MANAGEMENT ORDER**<br><br>**(NO HEARING)** |

**MOTION**

Pursuant to CLR 7-11, counsel for the County of Santa Clara, Sheriff Smith, and Sgt. Ulrich request entry of the proposed case management order submitted with this motion. Counsel for retired Sgt. Morin, Jesse Ruiz, Esq., has reviewed the proposed order and approves its contents.

**MEMORANDUM OF POINTS AND AUTHORITIES**

On May 19, 2016, the court entered an order requiring the parties to submit a joint plan for mediating this matter by May 31, 2016. (ECF No. 44.) On May 26, 2016, Mr. Ruiz circulated a joint plan for the parties' review, which the County approved. (Charles Dec., Ex. A.)

During the case management conference on May 26, 2016, the court imposed deadlines and

1

restrictions on the parties, and the parties met and selected deposition dates for parties and percipient witnesses. Mr. Ruiz circulated a draft stipulation and order on May 27, which the County approved. (Charles Dec., Ex. B.)

On May 27, 2016, Mr. Ruiz sent an email to Mr. Benjamin stating, "I have not heard back from you on the proposed order or on the report for the mediation. Please review today and get back to me." (Charles Dec., Ex. C.) In response, Mr. Benjamin acknowledged receipt of the mediation report and proposed scheduling order but stated that he did not have time to look at the documents until Friday evening or over the weekend. (Charles Dec., Ex. D.) Mr. Ruiz sent a follow-up email to Mr. Benjamin on May 31, 2016, but did not receive a reply. (Charles Dec., Ex. E.)

Since time is of the essence, defendants request entry of an order implementing the parties' agreement, memorializing the court's orders during the case management conference, and ordering the mediation to go forward on June 7, 2016 at the Santa Cruz County jail.

## CONCLUSION

For the previously stated reasons, the County, Sheriff Smith, and Sgt. Ulrich request entry of the proposed Case Management Order.

Respectfully submitted,

Dated: May 31, 2016

ORRY P. KORB
COUNTY COUNSEL

By: _____/S/_____
GREGORY J. CHARLES
Deputy County Counsel

Attorneys for Defendants
COUNTY OF SANTA CLARA, DOUGLAS ULRICH and LAURIE SMITH