# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SEAN ALLEN, an individual: SHONDA SANTOS, an individual; and JONA TRBOVICH, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SANTA CLARA, a public entity; DOUGLAS ULRICH in his individual and official capacities; LAURIE SMITH in her individual and official capacities; and DOES 1-100, inclusive,<br><br>Defendants. | No.     14-CV-03829 BLF<br><br>**CASE MANAGEMENT ORDER FOLLOWING MAY 26, 2016 CASE MANAGEMENT CONFERENCE** |

Following the case management conference on May 26, 2016 attended by counsel for all parties, the court enters the following orders:

IT IS ORDERED that each side shall be limited to 20 depositions, and depositions shall be taken on the following dates:

| | | |
|---|---|---|
| 1 | June 6, 2016 | Defendants' deposition of Plaintiff Sean Allen. |
| | June 10, 2016 | Plaintiffs' 30(b)(6) deposition of County of Santa Clara, deposition to be taken in San Jose. |
| | June 21, 2016 | Defendants' deposition of Plaintiff Jona Trbovich. |
| | June 24, 2016 | Defendants' deposition of Plaintiff Shonda Santos. |
| | June 27, 2016 | Plaintiffs' 30(b)(6) deposition of County of Santa Clara, deposition to be taken in San Jose. |
| | June 28, 2016 | Plaintiffs' deposition of Sgt. Douglas Ulrich. |
| | July 1, 2016 | Plaintiffs' 30(b)(6) deposition of County of Santa Clara, deposition to be taken in San Jose. |
| | July 13, 2016 | Plaintiffs deposition of Officer Paul Gomez. |
| | July 13, 2016 | Plaintiffs' deposition of Capt. Blanca Hoyt. |
| | July 14, 2016 | Plaintiffs' deposition of Sgt. Ray Davis. |
| | July 14, 2016 | Plaintiffs' deposition of Officer Byron Smith. |
| | July 15, 2016 | Plaintiffs' deposition of Sgt. Don Morrissey. |
| | July 15, 2016 | Plaintiffs' deposition of Correctional Deputy Matthew Nichols. |
| | July 18, 2016 | Defendants' deposition of Provider or Witness to be Disclosed No. 1 |
| | July 18, 2016 | Defendants' deposition of Provider or Witness to be Disclosed No. 2 |
| | July 20, 2016 | Defendants' deposition of Provider or Witness to be Disclosed No. 3 |
| | July 20, 2016 | Defendants' deposition of Provider or Witness to be Disclosed No. 4 |
| | July 25, 2016 | Defendants' deposition of Provider or Witness to be Disclosed No. 5 |
| | July 25, 2016 | Defendants' deposition of Provider or Witness to be Disclosed No. 6 |
| | July 26, 2016 | Defendants' deposition of Provider or Witness to be Disclosed No. 7 |
| | July 26, 2016 | Defendants' deposition of Provider or Witness to be Disclosed No. 8 |
| | July 27, 2016 | Plaintiffs' deposition of Sheriff Laurie Smith, subject to the orders of Judge Larson. |
| | July 29, 2016 | Defendants' deposition of Provider or Witness to be Disclosed No. 9 |
| | August 1, 2016 | Plaintiffs' deposition of Undersheriff John Hirokawa. |
| | August 1, 2016 | Plaintiffs' deposition of Lt. Mitchel Connor. |

| | | |
|---|---|---|
| | August 2, 2016 | Defendants' deposition of Provider or Witness to be Disclosed No. 10. |
| | August 10, 2016 | Plaintiffs' deposition of Captain Kevin Heilman. |
| | August 10, 2016 | Plaintiffs' deposition of Assistant Sherriff Carl Neusel. |
| | August 11, 2016 | Defendants' deposition of Provider or Witness to be Disclosed No. 11. |
| | August 12, 2016 | Plaintiffs' deposition of [Retired] Assistant Sherriff Skip Shervington. |
| | August 15, 2016 | Plaintiffs' deposition of Deputy Colin Hasselback |
| | August 16, 2016 | Defendants' deposition of Provider or Witness to be Disclosed No. 12 |
| | August 17, 2016 | Plaintiffs' deposition of Everette Fitzgerald |
| | August 17, 2016 | Plaintiffs' deposition of Robert Gibson |
| | August 23, 2016 | Defendants' deposition of Provider or Witness to be Disclosed No. 13. |
| | August 25, 2016 | Plaintiffs deposition of Defendant Michael Morin in Atlanta, Georgia. |
| | August 26, 2016 | Defendants' deposition of Provider or Witness to be Disclosed No. 14. |
| | August 29, 2016 | Plaintiffs' deposition of 3rd Party Witness [to be disclosed]. |
| | August 31, 2016 | Defendants' deposition of Provider or Witness to be Disclosed No. 15. |
| | Sept. 1, 2016 | Plaintiffs' deposition of 3rd Party Witness [to be disclosed]. |
| | Sept. 7, 2016 | Defendants' deposition of Provider or Witness to be Disclosed No. 16. |
| | Sept. 8, 2016 | Defendants' deposition of Provider or Witness to be Disclosed No. 17. |

IT IS FURTHER ORDERED that Plaintiffs' shall provide signed medical authorizations to Defendants by June 7, 2016.

IT IS FURTHER ORDERED that all parties shall provide updated answers to interrogatories and updated Fed. R. Civ. Proc. 26 disclosures by June 5, 2016.

IT IS FURTHER ORDERED that the following deadlines shall apply:

August 15, 2016:     Last Day to Disclose Experts

September 1, 2016:   Last Day to Disclose Rebuttal Witnesses

September 15, 2016:  Fact Discovery Cut-Off

September 30, 2016:  Expert Discovery Cut-Off

DATED: June 1, 2016

_____
BETH LABSON FREEMAN
United States District Judge