# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SEAN ALLEN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SANTA CLARA, et al., <br><br> Defendants. | Case No.  14-cv-03829-BLF <br><br> **ORDER REQUIRING RESPONSE TO DEFENDANTS' ADMINISTRATIVE MOTION ON OR BEFORE JUNE 3, 2016** <br><br> [Re: ECF 52] |

On May 31, 2016, Defendants filed an administrative motion seeking an order confirming (1) deposition and discovery cut-off dates and (2) details regarding the mediation scheduled for June 7, 2016.  *See* Administrative Motion, ECF 52.

The Court determined that no response was required with respect to deposition and cut-off dates, as the dates proposed by Defendants were adopted by the Court at the Case Management Conference held on May 26, 2016.  The Court issued an order on June 1, 2016, confirming those dates.  *See* Case Management Order, ECF 53.

Plaintiffs shall file a response to the portion of the administrative motion addressing the mediation on or before 12:00 p.m. on June 3, 2016.

**IT IS SO ORDERED.**

Dated:  June 2, 2016

_____
BETH LABSON FREEMAN
United States District Judge