

| | |
|---|---|
| 1 | JESSE F. RUIZ [SBN. 77984] |
|   |   jfr@robinsonwood.com |
| 2 | ROBINSON & WOOD, INC. |
|   | 227 N 1st Street |
| 3 | San Jose, California  95113 |
|   | Telephone:    (408) 298-7120 |
| 4 | Facsimile:      (408) 298-0477 |
| 5 | Attorneys for MICHAEL MORIN |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| SEAN ALLEN, an individual; and JONA TRBOVICH, an individual; and SHONDA SANTOS, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF SANTA CLARA, a public entity, DOUGLAS ULRICH, an individual, LAURIE SMITH, an individual, and MICHAEL MORIN, an individual, <br><br> Defendants. | Case No. 14-CV-03829 BLF [Lead] <br> (Consolidated with 14-CV-03830-BLF) <br><br> **JOINT PLAN FOR MEDIATION** <br><br> Date:     June 7, 2016 <br> Time:    9:30 a.m. <br> Mediator:   Sirish Gupta <br><br> Judge:   Hon. Beth Labson Freeman <br> Ctrm.:   3, 5th Floor <br><br> Trial Date:  October 31, 2016 |

The parties to this action file this Joint Plan for Mediation pursuant to the May 19, 2016 Order of Judge Beth Labson Freeman.

**A.**   **The Parties Have Agreed to Proceed to Mediation on June 7, 2016:**

The parties have participated in two telephonic conferences with the ADR Coordinator which were held on May 10 and May 20, 2016 and have confirmed that a mediation of all claims will take place on June 7, 2010.  The details of the mediation are as follows:

**Date & Time:** June 7, 2016 beginning at 9:30 am.

**Place:**  Santa Cruz County Main Jail, located at 259 Water Street, Santa Cruz, California.

**Mediator:** The Court Appointed Mediator, Sirish Gupta.

Arrangements for the mediation have been handled by Plaintiffs' counsel, Na'il Benjamin. Mr. Benjamin reports that a large conference room will be made available for the three Plaintiffs and their counsel. Two other conference rooms will be made available for the defendants and for private caucuses with the mediator. The mediation is schedule to last a minimum of four hours and all parties have agreed to retain Mr. Gupta beyond the four hour time estimate if progress is made toward resolution of any claim.

Dated: June 3, 2016                                BENJAMIN LAW GROUP, P.C.


By:   /s/ Na'il Benjamin
      NA'IL BENJAMIN
      Attorneys for Plaintiffs SEAN ALLEN,
      JONA TRBOVICH and SHONDA
      SANTOS

Dated: June 3, 2016                                OFFICE OF THE COUNTY COUNSEL


By:   /s/ Karl A. Sandoval
      KARL A. SANDOVAL
      GREGORY J. CHARLES
      Attorneys for Defendants COUNTY OF
      SANTA CLARA, DOUGLAS ULRICH
      and LAURIE SMITH

Dated: June 3, 2016                                ROBINSON & WOOD, INC.


By:   /s/ Jesse Ruiz
      JESSE F. RUIZ
      Attorneys for Defendant MICHAEL
      MORIN