COUNTY OF SANTA CLARA

IN RE THE MATTER OF      )
                              )
                              )
JONA TRBOVICH,           )
                              )
vs.                     )   Case No. G13-067-CPOA-003
                              )
COUNTY OF SANTA CLARA.   )
                              )
_____ )

C O N F I D E N T I A L

REPORTER'S TRANSCRIPT OF PROCEEDINGS

VOLUME III - PAGES 482 to 714

DATE:     Friday, November 15, 2013

TIME:     10:31 a.m.

LOCATION:  COUNTY GOVERNMENT CENTER
           Office of the County Counsel
           70 West Hedding Street
           9th Floor, East Wing

           Conference Room 1-A

           San Jose, CA  95110

REPORTER:  NOELIA ESPINOLA

           Certified Shorthand Reporter

           License No. 8060

EXHIBIT A

COUNTY 02727

```
 1                         A P P E A R A N C E S

 2

 3   Arbitrator:                NORMAN BRAND, ESQ.
                                150 Lombard Street
 4                              Suite 3
                                San Francisco, CA  94111
 5                              (415) 982-7172
                                nb@normbrand.com
 6

 7
     For Jona Trbovich:         MASTAGNI, HOLSTEDT, AMICK,
 8                              MILLER & JOHNSEN
                                BY:  JUDITH A. ODBERT,
 9                                   BRENDON P. PARENTI,
                                     Attorneys at Law
10                              1912 I Street
                                Sacramento, CA  95811
11                              (916) 446-4692
                                jodbert@mastagni.com
12                              bparenti@mastagni.com

13

14   For the County of          OFFICE OF THE COUNTY COUNSEL
     Santa Clara:               BY:  CHERYL A. STEVENS,
15                                   Lead Deputy County Counsel,
                                70 West Hedding Street
16                              9th Floor, East Wing
                                San Jose, CA  95110-1770
17                              (408) 299-5900
                                cheryl.stevens@cco.sccgov.org
18

19
     Also Present:              Jona Trbovich
20                              David Sepulveda
                                Mitchell Buellesbach
21

22

23                             --o0o--

24

25
```

COUNTY  02728

1

2                    I N D E X   O F   W I T N E S S E S

3

4    JONA TRBOVICH                                         Page

5            Direct by Ms. Stevens                         485

6            Cross By Ms. Odbert                           567

7            Redirect By Ms. Stevens                       606

8            Recross By Ms. Odbert                         638

9            Further Redirect By Ms. Stevens               642

10

11   ERIC FIELDS

12           Direct By Ms. Odbert                          644

13           Cross By Ms. Stevens                          682

14           Redirect By Ms. Odbert                        709

15           Recross By Ms. Stevens                        712

16

17                           --o0o--

18

19

20                    I N D E X   O F   E X H I B I T S

21   County's Exhibit:                                     PAGE

22           H   Preliminary Inquiry Closing
                 Report and Employee's Reports             638
23

24                           --o0o--

25

COUNTY  02729

1   Q      So who did you ask to be -- who did you go to

2   and ask to be reassigned?

3   A      I asked Sergeant Fields.

4   Q      And what did Fields tell you?

5   A      One of the times he laughed, and he said, You

6   know you know you like working 6B.  You know you like

7   direct supervision.  Because I suggested that I be

8   moved to Main Jail South or booking or any way that I

9   could get away from Ulrich.  And he said, You know

10  you like working 6B.  You know you like direct

11  supervision.

12          And then another time I asked him to be

13  moved he told me that he was no longer doing the

14  schedule, to go to Porria, Sergeant Porria, SO

15  sergeant.  And I couldn't do that because he was one

16  of the SO sergeants that were following me around in

17  my breaks and things.  He had officers that would

18  follow me around -- or keep tabs on me, and then he

19  had the other SO sergeants following me around during

20  my lunch breaks and things like that.  I would move

21  my locations and times, and either Ulrich or Porria

22  would show up and -- wherever I took my lunch and

23  followed me around.

24  Q      Did this have anything to do with you working

25  out on duty?

1  A     I'm a little confused about that, because it was

2  sometime in February that Sergeant Ulrich asked me

3  not to use the medical room to work out in.  And that

4  was something I had pretty much done for the entire

5  six years that I was up there.  Because a lot of

6  times, when we're short-staffed, we actually get your

7  food and come back.  And so, during the periods that

8  we were short-staffed, I would -- you know, I made a

9  habit of getting my food and coming back.

10             Or I would work out in the medical room.

11  And I didn't try to hide that because no one uses the

12  medical room.  It's an empty room.  There's nothing

13  in it.  But occasionally, when they have an inmate

14  that needs to be examined or, say, a dog bite, they

15  might use that room for privacy.  But otherwise it's

16  pretty much not utilized.  So I made it my workout

17  room, and I would work out on my lunch break.

18  Q     Do you recall a memo being issued prohibiting

19  officers from working out on duty?

20  A     I recall a memo coming out that said we could

21  not use the gym facility except before work and after

22  work.

23  Q     It didn't say generally working out on duty?

24  A     I don't -- I don't believe the memo that I saw.

25  I had this discussion later on with Lieutenant Jillo,

COUNTY  02764

1  because I said -- I asked him if there was more than

2  one memo.  Because the memo I recalled reading said

3  we couldn't use the gym facility -- it said before

4  work and after work.

5  Q    Did you have an understanding of what was --

6  what was meant by that memo in terms of whether it

7  was just the use of the facility or whether it was

8  working out?

9  A    I understood it to mean that we couldn't use the

10  gym facility.

11  Q    And so you're saying you went to Sergeant Fields

12  and he refused to reassign you; is that right?

13  A    Well, he -- yeah.  He didn't refuse to reassign

14  me.  I just wasn't reassigned.  He told me -- one of

15  the times, like I said, he told me to go ask Sergeant

16  Porria to reassign me.  And I didn't feel that I

17  could do that since he was taking part in Ulrich's,

18  you know, targeting me.

19  Q    Did you ever speak to a lieutenant about your

20  desire to be reassigned?

21  A    Yes.

22  Q    When did you do that?

23  A    When I -- when I told Lieutenant Jillo that I

24  was going to submit my harassment report.  Because I

25  knew that he knew about it, because Sergeant Fields

1    had told him that I was making a harassment complaint

2    and that I was making a report. And I -- when I

3    learned that -- when I learned that Ulrich was doing

4    an investigation on me, I -- I wanted to be moved.

5    And I think I brought it up to Jillo that I wanted to

6    be moved because he was harassing me and brought it

7    to his attention that I didn't feel that Ulrich would

8    be capable of doing an unbiased investigation on me.

9    Q    And when did you make that request of Jillo,

10    Lieutenant Jillo?

11    A    I'm not sure. Maybe -- maybe in July or August.

12    Q    Of 2012?

13    A    Yes. It could have been July, August. Or maybe

14    even in September. I don't know what the date was

15    when I went to Jillo. I just -- I'm assuming it was

16    in July because it was when I learned that Ulrich was

17    doing the investigation on me.

18    Q    And did you know what the investigation was

19    about?

20    A    No, I did not. I tried to ask Jillo what it was

21    about.

22    Q    Do you recall whether anyone accused you of

23    bringing contraband into the unit?

24    A    I didn't know that I was being accused of

25    anything until V REDACTED T REDACTED told me that that's what I

1    And, you know, I said, So are things all

2  good?

3    And he says, Yeah.  I'm out, aren't I?

4    And so, you know, like I said, he was

5  always -- he seemed like he was always guarded with

6  regard to his case and his charges.  It was like he

7  wouldn't cross the line with me.  And I preferred it

8  that way.

9  Q    When he was in custody, did you ever talk to him

10  about whether he had been in custody before?

11  A    No.

12  Q    And when he got out, did you ever ask him

13  whether he had been in custody before his most recent

14  incarceration in the county jail?

15  A    No.

16  Q    And after he contacted you in July or so of

17  2012, did you ever talk to a supervisor about him

18  contacting you?

19  A    No.  I didn't feel like I could go to my

20  supervisor since it was Ulrich.

21  Q    Did you talk to any supervisor?

22  A    No.

23  Q    Did you have a relationship with any supervisor

24  that you felt comfortable with?

25  A    I was -- during that time I was terribly

COUNTY  02792

1   distraught and I was consumed with thoughts of them

2   taking my job or, you know, my job being in jeopardy,

3   and that consumed my every waking moment for a very,

4   very long time.

5   Q    And that's what you felt with regard to all the

6   supervisors in the department?

7   A    Well, it seemed like -- it seemed like he

8   enlisted quite a few of the SOs to assist him in his

9   surveillance or targeting me.  I didn't know who was

10   a part of it and who wasn't.  I just felt like I

11   couldn't trust anyone at that time.  I was, again, in

12   a really bad place.  This went on for more than a

13   year.

14   Q    So did you not consider going to even the

15   captain?

16   A    I didn't feel like there was any point, because

17   I was going to them -- throughout the time that this

18   was going on, I went and complained.  And nothing was

19   done, over and over again.  So I didn't feel like it

20   would benefit me, I mean, to go to a supervisor when

21   I didn't feel I could trust anyone.  I didn't know

22   who to trust.

23   Q    Well, at the point that Mr. T[REDACTED] contacted

24   you -- which was in July of 2012; is that right?  Is

25   that when he contacted you?

COUNTY  02793

1    A      Yes.

2    Q      How many times had you gone to a supervisor up

3    until that point and complained?

4    A      From January to July, probably every day.

5    Q      And what supervisor did you go to every day and

6    complain?

7    A      Sergeant Fields.

8    Q      And -- because earlier you testified that you

9    went to Fields twice about being reassigned.

10   A      Yes.  But I complained every day, what was

11   happening or what he was doing or that -- what was

12   the latest and greatest in his vendetta against me.

13   I complained to Fields and -- on a daily -- to inform

14   him what was going on.

15   Q      And did Fields tell you whether he was going to

16   do anything about that?

17   A      He did do -- he did go to Lieutenant Jillo and

18   told him what was going on and that I felt I was

19   being harassed.  And then again after I continued to

20   complain and I went to Jillo to ask him why I was

21   being investigated and if -- and I -- we discussed

22   that -- I knew he was aware that I was making a

23   harassment complaint against Sergeant Ulrich.  And I

24   didn't understand why someone else couldn't do the

25   investigation, because I felt strongly that Ulrich

COUNTY  02794

```
 1   A      Yes.

 2   Q      And then eventually you were transferred to Main

 3   Jail South; is that right?

 4   A      Yes.

 5   Q      When that transfer occurred, did you tell anyone

 6   about V[REDACTED] contacting you?

 7   A      No.  I think -- by the time that that transfer

 8   occurred, I think I terminated the relationship.  I'm

 9   not certain.  But I don't know the dates.  Except I

10   couldn't put a time frame on it.  But I was

11   transferred to Main Jail South, and I believe that I

12   had terminated the relationship at that point.

13   Q      Aside from the fact that you may have terminated

14   the relationship, did you tell anyone, pursuant to

15   the guidelines in Policy 3.31, that an ex-inmate had

16   contacted you?

17   A      No, I did not.

18   Q      And why not?

19   A      Because I felt that nothing was being done to

20   protect me and that -- I didn't know -- I was very --

21   as I said, very distraught.  I didn't know who was a

22   part of it, who wasn't.  I knew that nothing was

23   being done to protect me by my department.  So I

24   didn't feel that it was an option to go to the

25   department and complain because when I had complained
```

1   Q     And your son?

2   A     Yes.

3   Q     And when you got the job, what type of attitude

4   did you take towards completing your tasks and

5   assignments?

6   A     I always had very high integrity.  I wanted to

7   feel good about the job I did every day, when I went

8   home.  That was important to me, to feel that -- you

9   know, I wanted to make a difference or feel like I

10   did a good job at the end of my 12-hour shift.

11   Q     Did you always work 12-hour shifts, your whole

12   career?

13   A     Usually -- most of my career, I worked 12 hours

14   and 15 minutes.  But recently, after the sheriffs

15   took back over the jails, they did away with our

16   squad meeting time so they were 12-hour shifts.  But

17   they used to be 12 hours and 15 minutes.  Fifteen

18   minutes of squad meeting time.

19   Q     What was your attitude, getting up and going to

20   work every morning, until September of 2011?

21   A     I loved my job.  I took a lot of pride in doing

22   my job.  I was happy to go to work every day.

23   Q     Now, Jona, tell me if I understood you

24   correctly.  There was a fight in September of 2011 on

25   your module or unit, correct?

COUNTY  02820

```
 1   A      Correct.

 2   Q      Is it correct that that occurred after you were

 3   no longer present on the floor?

 4   A      Yes.  My relief arrived, on that particular day,

 5   approximately 5:45.  And I was relieved of duty at

 6   5:45.

 7   Q      Okay.  And when you said you started getting

 8   calls before you even got out of the parking lot, who

 9   were those calls from?

10   A      One was from Officer Hanson, who was working on

11   my floor.  So he worked my shift.  He had not yet

12   been relieved.  In fact, the majority of officers

13   that worked on my shift had not been relieved.  I was

14   the first one to get relief.

15   Q      Okay.

16   A      So I was the first one to leave.

17   Q      So Hanson was on your floor.

18   A      Yes.

19   Q      But not in your quad?

20   A      Correct.

21   Q      Okay.  So what did he tell you when he called

22   you?

23   A      He told me that -- he warned me that there was a

24   fight in the unit that happened.  And I know now that

25   the fight occurred at 6:03, because I read the report
```

1    after Officer -- I have his face in my head, but I

2    can't think of his name at the moment.  But I read

3    his report after the fight occurred.  So it happened

4    at 6:03.  Officer Hanson warned me that he thought

5    that I might be in trouble.

6    Q    Did he tell you why he believed you might be in

7    trouble?  Did he hear something or see something?

8    A    I guess he was one of the officers that

9    responded to the fight.  Because he had not been

10   relieved yet, so he was one of the responding

11   officers to that fight.

12   Q    Were there any sergeants with him when he

13   responded?

14   A    Yes, Sergeant Helms and Sergeant Ulrich.  SO

15   Sergeant Helms and SO Sergeant Ulrich.

16   Q    Did he relate any comments that were made to

17   him?

18   A    Nothing in particular.  Just basically trying to

19   give me the heads-up that he thought I was going to

20   be in trouble for the fight that occurred in my unit.

21   Q    From whom?

22   A    Based on the comments that were made by Sergeant

23   Helms and Ulrich.

24   Q    Before you returned to your next shift, how many

25   other phone calls did you get indicating that you

COUNTY  02822

```
 1   officers.

 2   Q     Do you know who was the senior sergeant between

 3   the three?

 4   A     She was many years over them.

 5   Q     Now, why did your sergeant, if you know, change

 6   in January of 2012?

 7   A     Von Raesfeld retired in January.

 8   Q     So Ulrich became your supervisor?

 9   A     Yes.

10   Q     And when that happened -- when did you first

11   feel that he had some type of problem with you?

12   A     It was almost immediately after he became my

13   supervisor in January.  Almost immediately.

14   Q     Okay.  What happened that made you feel that

15   way?

16   A     He -- he seemed to be obsessed with me.

17   Following me around.  Coming into my unit

18   excessively.  Following me around at my break times.

19   Asking other officers, Which way did Turbo go?  Did

20   she go out this door?  Did she go out this stairwell?

21   Did Turbo go that way?  Just keeping tabs on me and

22   relentlessly pursuing me.

23   Q     You don't mean pursuing like he was interested

24   in you?

25   A     No, I don't mean that he was interested in me.
```

1    And he would just sit there, glaring like he
2    was looking for something.  And I tried to make
3    conversation with him, and he didn't really say
4    anything.  And an inmate walked by my desk and
5    laughed and said, "Why are you trying to talk to him,
6    Turbo?  He doesn't like you anyway" and walked away,
7    laughing.
8    So I knew then that -- or I should have
9    known then that I needed to get out of there ASAP,
10   because the inmates were starting to get life of what
11   was going on.  And it was only going to be a matter
12   of time before one of them exploited that situation.
13   Q    After your talk in May with Sergeant Ulrich, did
14   things improve?
15   A    Might have slowed down for a week or two, but
16   then he picked up right back where he left off and
17   nothing changed.  Maybe even got worse.
18   Q    Okay.  And did you file any formal complaints
19   about Sergeant Ulrich, like write any types of paper?
20   A    Yes.  I wrote a six-page employee's report about
21   the events dating back from September 6th, 2011 -- or
22   September -- it was either the 4th or the 6th that a
23   fight occurred.  The incidents dating back from
24   September 2011 to -- up to -- I don't know.
25   Everything that -- everything that he did as far as

COUNTY  02833

1    following me around and jumping out of bushes and

2    coming into my unit excessively.  I -- I documented

3    everything.

4    Q     And do you know approximately when you filed

5    that complaint?

6    A     Well, there was --

7    Q     Just when did you actually file it?

8    A     When did I actually file it?  I'm not certain

9    when I actually filed it.  Because when I pulled the

10   IR and wrote it, there's a different date on that.

11   And when I actually submitted it in to Lieutenant

12   Jillo.

13         But I told Jillo about it on the day that

14   I -- I told Jillo about the harassment report.  When

15   I met with him in July I told him about it and that I

16   had pulled the IR -- I had already pulled the IR

17   number -- the incident report number for the

18   complaint, but I had not yet submitted it in.

19         I'm not sure of the date that I submitted

20   it.  I think maybe late in August or early September.

21   Q     Okay.  And was Ulrich still your supervisor at

22   that time?

23   A     When I submitted my report, he was still my

24   supervisor.  Because I was in 8C when I submitted it

25   to him.

COUNTY  02834

1    Q    Okay.  Now, did you have any type of

2    inappropriate relationship with V█████ T█████ while he

3    was an inmate?

4    A    No.

5    Q    And he contacted you once he was released; is

6    that correct?

7    A    Yes.

8    Q    Did you ever give him your phone number?

9    A    No.

10    Q    Did you ever have any contact with any member of

11    his family while he was an inmate?

12    A    No, I did not.

13    Q    You agreed to meet Mr. T█████?

14    A    Yes, I did.

15    Q    And why did you agree to meet him?

16    A    Because he told me he had information on the

17    investigation that Ulrich was doing on me.

18    Q    And why did you feel that he would be able to

19    give you information about that?

20    A    Because I went to Jillo and tried asking him

21    what the investigation was about or that -- you know,

22    reminding him that I had wrote a harassment complaint

23    on Sergeant Ulrich and that he wasn't going to be

24    capable of doing an unbiased investigation, and still

25    they had him investigating me.  For what I didn't

COUNTY 02835

1  know.  Jillo wouldn't tell me.  No one in my

2  department would.

3  Q    Okay.  Answer my question.  Why did you think

4  V[REDACTED] T[REDACTED] would have that information?

5  A    Why did I think he would have it?  Because he

6  said he knew about the investigation that was being

7  done on me.

8  Q    Okay.  When T[REDACTED] contacted you, did you know

9  whether or not he had been convicted of any crime?

10  A    No.

11  Q    Can you look at Exhibit G.

12       MS. STEVENS:  I think there should be one.

13  I don't want to lose track of them.

14       MS. ODBERT:  That's mine.  I put the little

15  "G" on it.  It's probably right there.

16       THE WITNESS:  Okay.

17  BY MS. ODBERT:

18  Q    Now, under "Charge," do you know what charge

19  Mr. T[REDACTED] was in custody on?

20  A    According to this class card, it's 11379, which

21  would be, I believe, a possession charge.  Narcotics

22  possession.  Health and Safety Code 11379, narcotics.

23  Q    Do you get tested on Penal Code sections, Health

24  and Safety Code sections?

25  A    In the academy we did.

1    Sergeant Fields' attention early on.  And then a
2    second and a third time with more urgency.
3    Q     Okay.  Did you go into great detail with
4    Sergeant Fields?  Do you feel like he was just
5    ignoring your request?
6    A     No.  I knew that he was -- he was relaying
7    things to Lieutenant Jillo.  As I reported what was
8    happening, he was bringing it to Lieutenant Jillo's
9    attention.  And then when I -- I went to Jillo, I
10   told him, I know that Sergeant Fields has told you
11   what's been happening in regard to Sergeant Ulrich.
12   Q     Did Lieutenant Jillo deny having talked to
13   Sergeant Fields?
14   A     No.
15   Q     Penal Code 3056, is that a parole hold?
16   A     Yes.
17   Q     And in your experience, do parole holds normally
18   go on a classification card?
19   A     They normally do.  But there's -- oftentimes it
20   doesn't go on there.
21   Q     Okay.  But you've been able, in the past, to
22   tell someone had been to prison before or convicted
23   of a felony based on a classification card including
24   that information?
25   A     Yes.

COUNTY  02844

1    had nothing to do with Mr. T[REDACTED] being out of

2    custody.

3           Did you put in for a vacation long before?

4    A     Long before.  We bid on our vacations a year in

5    advance, in December.

6    Q     You bid on them?  Is that what you said?

7    A     Yes.  It's done by seniority.  We have to

8    request our vacation time a year in advance.

9    Q     Did you -- you heard in this room, on previous

10   days, that Mr. T[REDACTED] was an informant of some sort?

11   A     Yes.

12   Q     Did you, at any time, know that?

13   A     No.

14   Q     How do you feel about the relationship you had

15   with Mr. T[REDACTED]?

16   A     I very much regret my decision to have a

17   relationship with T[REDACTED].

18   Q     Until this investigation occurred, Ms. Fernandez

19   made the complaint, had you told anyone that you had

20   seen Mr. T[REDACTED] in a romantic way?

21   A     No.  I don't believe I told anyone.

22   Q     Do you believe -- did you believe that anybody

23   else knew about it, to bring any discredit to the

24   department?

25   A     No.

COUNTY  02846

1  on.  And I didn't feel like I had anybody else to

2  turn to.  So I was trying to sort through this and

3  trying to keep my mental state stable while all of

4  this was going on.

5  Q     When you say "all of this," tell me what you're

6  referring to.

7  A     The way I was feeling at work with being

8  followed, being treated like a criminal.  Him

9  tormenting me, him tearing down the reputation I

10  spent 17 years building, as a good officer that took

11  pride in their work, that enjoyed coming to work,

12  that loved their job.  I was having a very difficult

13  time dealing with all of it.  I felt like -- it's

14  hard to put into words.

15  Q     Did you have anyone else to talk to?

16  A     No.

17  Q     Okay.  Were you a good officer for 17 years?

18  A     Yes.

19  Q     Did you still go to work after your

20  relationship -- you terminated your relationship with

21  Mr. T REDACTED ?

22  A     Yes.

23  Q     Were you doing a good job?

24  A     Yes.

25  Q     Do you remember approximately when you were put

1    on admin leave?

2    A      September 24th, 2012.

3    Q      September 24th?

4    A      Yes.

5    Q      Okay.  And that's when you were at the Main Jail

6    South?

7    A      Yes.

8    Q      Okay.  Even during the time when Sergeant Ulrich

9    was supervising you to when you were put on admin

10   leave, did you receive any type of write-up or

11   negative performance evaluation?

12   A      No.

13          MS. STEVENS:  Sorry.  What was your question

14   again?

15          MS. ODBERT:  Any type of write-up or

16   negative performance evaluation.

17          MS. STEVENS:  About this situation?

18          MS. ODBERT:  No.  From the time she was

19   working from January until walk-off -- until

20   walk-off, at that moment.

21   BY MS. ODBERT:

22   Q      Is there anything else you can tell us that

23   would bring any type of assurance that you would not

24   discredit the department or compromise the security

25   of the jail if you were allowed to go back to work?

COUNTY  02849

1  Porria come up there.  Again, like I said, I was

2  changing my times and my dates where I would take my

3  lunch and -- you know, in order to have a

4  harassment-free lunch break.  And I was -- the three

5  of us were in the unit, and Porria came up and

6  started questioning Officer Ortega about who was in

7  5C and what were we doing.

8          I wish he would have just came in there and

9  saw what we were doing.  We weren't doing anything

10  wrong.  We weren't working out and we didn't have a

11  DVD.  Instead of having officers keep tabs on me --

12  again, I wish he would have just came in there and

13  saw what we were doing.

14  Q     Now, you said that when Mr. T[REDACTED] called you, he

15  told you he was going to tell you why Ulrich was

16  investigating you.  Did he ever tell you?

17  A     Yes.

18  Q     What did he tell you?

19  A     He told me that they thought that I was bringing

20  in drugs into the facility and that he thought that I

21  was having a relationship with T[REDACTED] while he was in

22  custody.

23  Q     And did he tell you how he knew that?

24  A     He didn't tell me how he knew it.  He just said

25  that the purple guy -- and he was referring to Inmate

```
 1   anyone?

 2   A      Yes, I believe I did tell Sergeant Fields.

 3   Q      And when did you tell Sergeant Fields?

 4   A      I told him -- I think it was around when

 5   Sergeant Ulrich was doing the investigation on me.

 6   And he said -- he said -- I told -- I told him that

 7   they were investigating me.  That's what I told him.

 8           And then later on I think I did, after I

 9   learned what the investigation was.  Because I didn't

10   know what they were investigating me for at the time

11   that they moved me out of 6B.  I didn't know why I

12   was being investigated.

13   Q      T[REDACTED] contacts you in July.

14   A      Uh-huh.

15   Q      The same day that he's released; is that right?

16   A      Uh-huh.

17   Q      You have to give an audible response.

18           MS. ODBERT:  Give an audible response.

19           THE WITNESS:  Yes, yes.

20           ARBITRATOR BRAND:  Or everybody will jump on

21   you, right?

22   BY MS. STEVENS:

23   Q      When T[REDACTED] tells you -- contacts you in July --

24   and you meet him that same day; is that right?

25   A      Yes.
```

COUNTY  02868

```
 1   Q      And it's that day that he tells you that you're

 2   being investigated because there's a rumor that

 3   you're bringing drugs into the facility; is that

 4   right?

 5   A      Yes.

 6   Q      And he also tells you that there's a rumor that

 7   you were having sex with him when he was in custody;

 8   is that right?

 9   A      Yes.

10   Q      Okay.  How soon after he tells you that, in

11   July, do you tell Sergeant Fields?

12   A      I don't know if I ever told him.  Because at the

13   time that I went to him, I didn't know why I was

14   being investigated.  So I'm not sure that I ever told

15   him after T[REDACTED] told me what was going on.

16   Q      So you never even told Fields what T[REDACTED] told

17   you; is that right?

18   A      I don't think I did.

19   Q      What gang did T[REDACTED] belong to?

20   A      Nuestra Familia.

21   Q      And did he ever tell you that he was planning to

22   speak out against gangs, that that was something that

23   he was going to do while he was out?

24   A      Yes.

25   Q      Did he tell you what it was that he planned to
```

COUNTY  02869

1    document.

2    BY MS. STEVENS:

3    Q    So I'm handing you a document where I've bent

4    back a page that says "Employee's Report."  And ask

5    you to take a look at that.

6         MS. ODBERT:  Ms. Stevens, do you have

7    another copy?

8         MS. STEVENS:  Oh, sure.

9         MS. ODBERT:  I thought you were actually

10   getting that for me.

11   BY MS. STEVENS:

12   Q    All right.  Do you recognize this document?

13   A    Yes.

14   Q    Is this your report that you submitted to

15   Lieutenant Jillo?

16   A    Yes, it looks that way.

17   Q    And does it refresh your recollection as to the

18   date when you may have contacted the union?

19   A    It was most likely on a day after I submitted

20   this report.  But, like I said, this report was done

21   months earlier, and the IR was pulled for it.  With

22   the exception of some of the later incidents that

23   happened maybe after May 1st or July, the report was

24   pretty much done months before September 4th.

25   Q    But you didn't turn it in to anyone; is that

COUNTY  02875

1  right?

2  A    No.  Because I was hoping that Sergeant Ulrich

3  would stop harassing me.

4  Q    But no one else was aware of these allegations

5  until you actually submitted the report on or about

6  September 4th, 2012?

7  A    I guess except for the officers that he enlisted

8  to keep tabs on me and the inmates that he made

9  comments in front of them, I guess no one else was

10  aware, no.

11  Q    And sometime after that is when you contacted

12  the union, in September of 2012?

13  A    Yes.

14  Q    And then the union directed you to go to EOD?

15  A    EEOC, yes.

16  Q    You said that --

17  A    Actually, Sergeant -- or Lieutenant Jillo

18  directed me to go to EEOC too, when I told him that I

19  wanted to move forward with my complaint.  Because

20  the first time that I went to him I said I wanted to

21  hold off for the time being because I hoped that

22  Ulrich would stop this behavior, after we met in May.

23        And then sometime after that, I -- after I

24  was moved to the eighth floor, I told Jillo that he

25  wasn't going to stop and that it was necessary for me

COUNTY  02876

1    Q      Right.  But if you hadn't been walked off, would

2    you have reported this to the department?

3    A      I'm not proud of it and --

4    Q      Okay.  You didn't answer my question.

5    A      No.  It's not something I'm proud of, no.

6    Q      Okay.  And did you at any time, in terms of your

7    interaction with Dulce Fernandez, consider that that

8    was an embarrassment or brought shame on the

9    department based on how you interacted with her?

10   A      No.

11   Q      Did you take any trips with T REDACTED ?

12   A      No.  We went -- we went to Alameda one time.

13   Other than that, no.

14   Q      Did you go to Santa Cruz with him?

15   A      Oh, yes.

16   Q      And then just to direct your attention to Tab E,

17   which is Policy 3.31.  Specifically, Bates stamp

18   Page 350.  Unfortunately, this has several Bates

19   stamp pages.  So Bates stamp Page 350 as well as 683.

20   But it says "Trbovich 350."

21          MS. ODBERT:  I'm sorry.  Which tab is that?

22          MS. STEVENS:  Tab E.

23          MS. ODBERT:  Okay.

24          MS. STEVENS:  And if you see Trbovich

25   Page 350.

COUNTY  02878

1

2          I, NOELIA ESPINOLA, do hereby certify:

3          That prior to being examined, the witnesses

4     named in the foregoing hearing were duly sworn to

5     testify as to the truth, the whole truth, and nothing

6     but the truth;

7          That said hearing was taken down by me at

8     the time and place therein named, and thereafter

9     reduced to computerized transcription under my

10    direction.

11         I further certify that I am not interested

12    in the outcome of this hearing.

13

14

15

      Dated: *December 3, 2013*    *Noelia Espinola*

16                              NOELIA ESPINOLA, CSR #8060

17

18

19

20

21

22

23

24

25

                                                      714