UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SEAN ALLEN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF SANTA CLARA, et al.,<br><br>    Defendants. | Case No.  14-cv-03829-BLF<br><br>**ORDER DIRECTING COUNTY DEFENDANTS TO CLARIFY THE SCOPE OF THE NOTICE OF SETTLEMENT FILED JUNE 30, 2016**<br><br>[Re:  ECF 76] |

On June 30, 2016, the County of Santa Clara, Douglas Ulrich, and Laurie Smith ("County Defendants") filed a Notice of Settlement informing the Court that "the parties agreed to a settlement of all claims."  Notice of Settlement, ECF 76.  The County Defendants are directed to clarify, in writing and on or before July 7, 2016, whether the settlement disposes of all claims asserted by Plaintiffs against all defendants such that the Court may vacate all scheduled motion, pretrial, and trial dates.

**IT IS SO ORDERED.**

Dated:  June 30, 2016

_____
BETH LABSON FREEMAN
United States District Judge