# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SEAN ALLEN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF SANTA CLARA, et al.,<br><br>    Defendants. | Case No. 14-cv-03829-BLF<br><br>**ORDER VACATING ALL DEADLINES, HEARINGS, PRETRIAL DATES, AND TRIAL DATES** |

Having been informed that the parties have reached settlement as to all claims in this case, the Court hereby VACATES all scheduled deadlines, hearings, pretrial dates, and trial dates.

**IT IS SO ORDERED.**

Dated: July 1, 2016

_____
BETH LABSON FREEMAN
United States District Judge