NA'IL BENJAMIN, ESQ., (SBN 240354)
ANN KARIUKI, ESQ., (SBN 283306)
BENJAMIN LAW GROUP
505 14th St., Suite 900
Oakland, CA 94612
Telephone: (510) 588.8460
Facsimile:   (415) 349-3334
nbenjamin@benjaminlawgroup.com

Attorneys for Plaintiffs
SEAN ALLEN, JONA TRBOVICH
 and SHONDA SANTOS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

| | |
|---|---|
| SEAN ALLEN, et al. | CASE NO.: 5:14-cv-03829-BLF |
| *Plaintiffs*, | Assigned to Hon. Beth Labson Freeman |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE FOR PLAINTIFFS SEAN ALLEN, SHONDA SANTOS, AND JONA TRBOVICH PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |
| COUNTY OF SANTA CLARA, et al. | |
| *Defendants*. | |
| | Complaint Filed:  August 25, 2014 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs SEAN ALLEN, JONA TRBOVICH, SHONDA SANTOS and Defendants the COUNTY OF SANTA CLARA, DOUGLAS ULRICH, LAURIE SMITH, and MICHAEL MORIN, hereby stipulate and agree that Plaintiffs SEAN ALLEN, JONA TRBOVICH, SHONDA SANTOS may and hereby do voluntarily dismiss all claims in this action with prejudice and without an award of costs or fees to any party.

Respectfully submitted,

Dated: July 15, 2016          /s/ Na'il Benjamin
                              Na'il Benjamin
                              Attorney for Plaintiff


Respectfully submitted,

Dated: July 15, 2016          ORRY P. KORB
                              COUNTY COUNSEL

                                   /s/ Gregory Charles
                              KARL A. SANDOVAL
                              GREGORY CHARLES
                              Lead Deputy County Counsel

                              Attorneys for Defendants
                              COUNTY OF SANTA CLARA, DOUGLAS
                              ULRICH and LAURIE SMITH

Dated: July 15, 2016          Respectfully submitted,

                              ROBINSON & WOOD, INC.


                                   /s/ Jesse Ruiz
                              JESSE F. RUIZ

                              Attorneys for Defendants
                              MICHAEL MORIN

-2-

DISMISSAL WITH PREJUDICE

CASE NO.: 5:14-CV-03830-BLF

-3-

**IT IS SO ORDERED**.

Date: _____, 2016    _____
          **Judge Beth Labson Freeman**
          UNITED STATES DISTRICT JUDGE