NA'IL BENJAMIN, ESQ., (SBN 240354)
ANN KARIUKI, ESQ., (SBN 283306)
BENJAMIN LAW GROUP
505 14th St., Suite 900
Oakland, CA 94612
Telephone: (510) 588.8460
Facsimile:   (415) 349-3334
nbenjamin@benjaminlawgroup.com


Attorneys for Plaintiffs
SEAN ALLEN, JONA TRBOVICH
and SHONDA SANTOS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

| | |
|---|---|
| SEAN ALLEN, et al. | CASE NO.: 5:14-cv-03829-BLF |
| Plaintiffs, | Assigned to Hon. Beth Labson Freeman |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE FOR PLAINTIFFS SEAN ALLEN, SHONDA SANTOS, AND JONA TRBOVICH PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |
| COUNTY OF SANTA CLARA, et al. | |
| Defendants. | |
| | Complaint Filed:  August 25, 2014 |

-1-

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs SEAN ALLEN, JONA TRBOVICH, SHONDA SANTOS and Defendants the COUNTY OF SANTA CLARA, DOUGLAS ULRICH, LAURIE SMITH, and MICHAEL MORIN, hereby stipulate and agree that Plaintiffs SEAN ALLEN, JONA TRBOVICH, SHONDA SANTOS may and hereby do voluntarily dismiss all claims in this action with prejudice and without an award of costs or fees to any party.

Respectfully submitted,

Dated: July 15, 2016        /s/ Na'il Benjamin
                            Na'il Benjamin
                            Attorney for Plaintiff


Respectfully submitted,

Dated: July 15, 2016        ORRY P. KORB
                            COUNTY COUNSEL

                                /s/ Gregory Charles
                            KARL A. SANDOVAL
                            GREGORY CHARLES
                            Lead Deputy County Counsel

                            Attorneys for Defendants
                            COUNTY OF SANTA CLARA, DOUGLAS
                            ULRICH and LAURIE SMITH

Dated: July 15, 2016        Respectfully submitted,

                            ROBINSON & WOOD, INC.


                                /s/ Jesse Ruiz
                            JESSE F. RUIZ

                            Attorneys for Defendants
                            MICHAEL MORIN

-2-

DISMISSAL WITH PREJUDICE

CASE NO.: 5:14-CV-03830-BLF

1
2  **IT IS SO ORDERED**.
3
4  Date: _____, 2016          _____
5                                            **Judge Beth Labson Freeman**
                                              UNITED STATES DISTRICT JUDGE
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-3-

DISMISSAL WITH PREJUDICE

CASE NO.: 5:14-CV-03830-BLF